# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARLON CARTER

NO. 2019 KW 1130

**NOV 25 2019**

---

In Re:    Marlon Carter, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-15-0006.

---

**BEFORE:    McDONALD, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED.**

                        JMM
                        WRC
                        WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT